Ella Gillen, by Margaret Gillen, Her Guardian Ad Litem, Respondent, v. The City of Oswego, Appellant.— Judgment and order affirmed, with costs. All concurred.

Melvin D. Tucker and William W. Tucker, Plaintiffs, v. The Supreme Tent of the Knights of the Maccabees of the World, Defendant.— Plaintiffs' exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the plaintiffs upon the verdict, with costs. All concurred, except Robson, J., who dissented, and Spring, J., not sitting.

City of Buffalo, Appellant, v. Buffalo Gas Company, Respondent.— Order modified so as to provide that the amount to be paid by the plaintiff shall be seventy cents per thousand feet instead of seventy-five cents, and as so modified affirmed, without costs of this appeal to either party. All concurred, except Spring and Kruse, JJ., who dissented and voted for affirmance.

The People of the State of New York ex rel. John Sygulski, Appellant, v. The Board of Managers of the State Agricultural and Industrial School, Respondent.— Order affirmed. All concurred.

The People of the State of New York ex rel. Mary Koluski, Appellant, v. The Board of Managers of the State Agricultural and Industrial School, Respondent. — Order affirmed. All concurred.

Henry S. Brown, Appellant, v. Ingemon Nelson and Augusta Nelson, Respondents.— Judgment affirmed, with costs. All concurred.

In the Matter of the Final Judicial Settlement of the Accounts of Charles G. McLouth, as Committee, etc.— Motion to dismiss appeal denied, without costs. Held, that the case and exceptions not having been settled and filed, there is technically no default under rule 41.*

Francis G. Barnes, as Administrator, etc., of Harmon H. Fisher, Deceased, Respondent, v. The City of Buffalo and The Crosstown Street Railway Company of Buffalo, Appellants.— Motion of defendant railway company for leave to appeal to Court of Appeals granted.

In the Matter of the Appointment of Trial and Special Terms of the Supreme Court in and for the Eighth Judicial District for the year 1909.— Appointments heretofore made for the year 1909 are revoked and a new list of appointments for the year 1909 for said district is this day made and filed.

Amelia A. Finucane, Respondent, v. Charles G. Warner, Appellant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

*General Rules of Practice.— [Rep.